AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

RITA HEGY

**SUMMONS IN A CIVIL CASE**

V.
CITY OF HOLYOKE, MA

CASE NUMBER: 04-30028-KPN

TO: (Name and address of defendant)

Susan M. Egan, Clerk
City of Holyoke
Municipal Building
536 Dwight Street
Holyoke, MA 01040

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert LeRoux Hernandez
6 Pleasant Street, Suite 517
Malden, MA 02148

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                February 25, 2004
CLERK                                       DATE

_(signature)_
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X T. Auguste  ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery  3/8/04 |
| 1. Article Addressed to:<br>Susan M. Egan, Clerk<br>City of Holyoke<br>Municipal Bldg.<br>536 Dwight Street<br>Holyoke, MA 01040 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001-2510-0008-2222-9430 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Robert L. Hernandez, Esquire
6 Pleasant Street, Suite 517
Malden, MA 02148

#3123