# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RITA HEGY,<br>    Plaintiff, Defendant-in-<br>    Counterclaim<br><br>VS.<br><br>CITY OF HOLYOKE, MA<br>    Defendant, Plaintiff-in-<br>    Counterclaim | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04-30028-MAP |

## DEFENDANT-IN-COUNTERCLAIM'S <u>ASSENTED-TO</u> MOTION FOR LEAVE TO FILE ANSWER TO COUNTERCLAIM LATE

Now comes the defendant-in-counterclaim, through her attorney, and with the assent of the defendant, moves that the court allow her to file her attached answer to plaintiff-in-counterclaim's counterclaim late.

WHEREFORE, defendant-in-counterclaim urges that this motion be granted.

                                          Respectfully submitted,

                                          RITA HEGY<br>
                                          By her attorney:

Dated: April 22, 2004

                                          /s/Robert LeRoux Hernandez<br>
                                          Robert LeRoux Hernandez<br>
                                          Six Pleasant St., Suite 517<br>
                                          Malden, MA 02148<br>
                                          (781) 321-8300<br>
                                          BBO No. 231920