LAW OFFICES

# COOLEY, SHRAIR P.C.

1380 MAIN STREET – FIFTH FLOOR
SPRINGFIELD, MASSACHUSETTS 01103-1616

TELEPHONE (413) 781-0750    TELECOPIER (413) 733-3042

WRITERS DIRECT DIAL
(413) 735-8025

EMAIL: lbrodeurmcgan@cooleyshrair.com

LISA BRODEUR-McGAN

FILE NO. 23495.3

April 27, 2004

<u>VIA HAND DELIVERY</u>

Magistrate Judge Neiman
U.S. District Court
District of Massachusetts, Western Section
1550 Main Street
Springfield, MA 01103

RE: *Rita Hegy v. City of Holyoke, MA*
Civil Action No. 04-300028-MAP

Dear Magistrate Judge Neiman:

Currently this Court has a Scheduling Conference scheduled for Thursday, April 29, 2004 for the above-referenced case.

Please be advised that the parties are presently in the middle of the trial for *Hegy v. City of Holyoke*, Civil Action No. 01-30168-MAP, with Judge Ponsor. Please accept this as an assented to motion to continue the Scheduling Conference to a later date, as the outcome of this case is very relevant to a second trial.

Thank you.

Very truly yours,

Lisa Brodeur-McGan

LBM:sl
c. Robert LeRoux Hernandez, Esq.

{Document=X:\DOCS\23495\3\lettmemo\00061409.DOC;1}