# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RITA HEGY,<br>　　　Plaintiff<br><br>VS.<br><br>CITY OF HOLYOKE, MA<br>　　　Defendant | CIVIL ACTION NO. 04-30028-MAP |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE

Now comes plaintiff, through her attorney, and responds to Defendant's Motion to Dismiss with Prejudice as follows:

Although plaintiff does *not* dispute the statements in Defendant's Motion, because plaintiff has a right to appeal the Orders of Judge Ponsor which affect this case, plaintiff respectfully urges that principles of justice and economy would best be served by staying entry of an Order of Dismissal and all further proceedings in this matter pending disposition of plaintiff's appeal or expiration of the appeal period, in the event that plaintiff does not file an appeal.

WHEREFORE, plaintiff urges that action on this motion be stayed.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　RITA HEGY

　　　　　　　　　　　　　　　　　　　　By her attorney:

Dated: April 29, 2004　　　　　　　　　　 /s/Robert LeRoux Hernandez
　　　　　　　　　　　　　　　　　　　　Robert LeRoux Hernandez
　　　　　　　　　　　　　　　　　　　　Six Pleasant St., Suite 513
　　　　　　　　　　　　　　　　　　　　Malden, MA 02148
　　　　　　　　　　　　　　　　　　　　(781) 321-8300
　　　　　　　　　　　　　　　　　　　　BBO No. 231920
　　　　　　　　　　　　　　　　　　　　rlhern@civiljustice.com