# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

RITA HEGY
    Plaintiff(s)

       v.                      CIVIL ACTION NO. 3: 04-30028-MAP

CITY OF HOLYOKE, MA
    Defendant(s)

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant City of Holyoke, against the plaintiff Rita Hegy, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                                            TONY ANASTAS,
                                            CLERK OF COURT

Dated: May 17, 2004                 By /s/ *Maurice G. Lindsay*
                                                   Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                      [jgm.]