# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RITA HEGY,<br>　　Plaintiff<br><br>VS.<br><br>CITY OF HOLYOKE, MA; ET AL,<br>　　Defendants | CIVIL ACTION NO. 04-30028-MAP |

## Notice of Appeal

Plaintiff and defendant-in-counterclaim Rita Hegy gives notice of her appeal from the judgment of the court, entered on May 17, 2004.

Dated: June _?_, 2004

*Rita Hegy*
Rita Hegy
45 Theroux Drive, Apt. 6P
Chicopee, MA 01020

### Certificate of Service

I certify that a copy of this notice was sent, by first class mail, postage prepaid, to:

　　Lisa Brodeur-McGan
　　Cooley, Shrair PC
　　1389 Main Street - Fifth Floor
　　Springfield, MA 01103-3042

Dated: June 3, 2004

*Rita Hegy*
Rita Hegy