## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 04-1739

USDC Docket Number: 04-cv-30028

Rita Hegy

v.

City of Holyoke, et al

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered (14 & copy of filing fee paid receipt & corrected docket sheet are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 18, 2004.

Tony Anastas, Clerk of Court

By: *Camille Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/18/04

*Barchard*
Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]