# United States Court of Appeals
## For the First Circuit

No.   04-1739

RITA HEGY

Plaintiff - Appellant

v.

CITY OF HOLYOKE

Defendant - Appellee

**JUDGMENT**
**Entered:   October 19, 2004**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

**AMY B. LEDERER**
By_____
Appeals Attorney

[cc: Ms. Rita Hegy, Dawn D. McDonald, Esq., Lisa Brodeur-McGan, Esq.]